IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRICK JORDAN, #307484,  08-cv-210-slc

                Plaintiff,

                                              ORDER

    v.

PAM WALLACE (Warden, CVCTF),
THOMAS KARLEN (Deputy Warden, CVCTF),
TOBIAS TURON (DDS, CVCTF), LISA
YEAGER (Dental Services, CVCTF), BECKY
DRESSLER (Nursing Supervisor, CVCTF),
BARBARA DE LAP (Dental Services, Madison),
STEVEN SCHELLER (Dental Division, Portage),
SHARON ZUNKER (Title on Known, Madison),
COMPLAINT EXAMINERS, et al. (involved in
exhaustion of administrative remedies),

                Defendants.

---

      Plaintiff Darrick Jordan, a prisoner at the Chippewa Valley Correctional Transitional Facility in Chippewa Falls, Wisconsin, has submitted a proposed complaint. He has paid the $350 filing fee. Nevertheless, because he is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A.

      Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly

when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about his case, he should be sure to write the case number shown above on his communication.

Entered this 21st day of April, 2008.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge