IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DARRICK JORDAN, #307484,

                        Petitioner,

      v.

PAM WALLACE (Warden, CVCTF),
THOMAS KARLEN (Deputy Warden, CVCTF),
TOBIAS TURON (DDS, CVCTF), LISA
YEAGER (Dental Services, CVCTF), BECKY
DRESSLER (Nursing Supervisor, CVCTF),
BARBARA DE LAP (Dental Services, Madison),
STEVEN SCHELLER (Dental Division, Portage),
SHARON ZUNKER (Title on Known, Madison),
COMPLAINT EXAMINERS, et al. (involved in
exhaustion of administrative remedies), ,

                        Respondents.

ORDER

08-cv-210-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendants' "Motion for 28 U.S.C. § 1915A Screening Order and Clarification of Defendants' Answer Due Date" is GRANTED. Plaintiff's proposed amended complaint dated April 25, 2008 will be considered the operative pleading in this case and will be screened on its merits as soon as the court's calendar permits. Although a procedural mix-up has led to defendants' premature waiver of formal service of plaintiff's complaint (and amended complaint) upon them, defendants are under no obligation to respond to plaintiff's amended complaint

1

until the court has screened the complaint pursuant to 28 U.S.C. § 1915A. As defendants request, they may have forty days from the date of the screening order in which to file their responsive pleading.

Entered this 23rd day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge