# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DARRICK JORDAN #307484,

        Plaintiff,

   v.

TOBIAS TURON (DDS, CVCTF),
LISA YEAGER (Dental Services, CVCTF),
BECKY DRESSLER (Nursing Supervisor, CVCTF),
BARBARA DE LAP (Dental Services, Madison),
STEVEN SCHELLER (Dental Division, Portage),
SHARON ZUNDER (Title unknown, Madison),

        Defendants.

## JUDGMENT IN A CIVIL CASE

### Case No.: 08-cv-210-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____5/27/09_____
Date